IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GUY DEVITO, III                                                               PLAINTIFF

v.                                       2:17CV00184-JM

CROSS COUNTY JAIL                                               DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 2nd day of January, 2018.

                                                                  _____
                                                                  JAMES M. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE